ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 15 2020

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. 1 20 - CR - 357 |
| NICHOLAS JOSEPH TINDALL | **UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

Between on or about February 18, 2020, through on or about February 20, 2020, in the Northern District of Georgia, the defendant, NICHOLAS JOSEPH TINDALL, willfully and knowingly made and caused to be made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department and agency of the United States, that is, the United States Department of Justice, Federal Bureau of Investigation ("FBI") during an investigation involving domestic terrorism. In particular, the defendant stated and represented to FBI agents, whom he knew were conducting a criminal investigation involving potential attacks upon United States citizens and infrastructure, including water and electricity facilities, that he had not participated in discussions about attacking United States infrastructure, including water and electricity facilities, when, as the defendant then well knew, he had participated in such discussions with others about attacking United States

infrastructure, including water and electricity facilities, in violation of Title 18,

United States Code, Section 1001(a)(2).

A _____*True*_____ BILL

_____
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

*Ryan K. Buchanan*

RYAN K. BUCHANAN
  *Assistant United States Attorney*
Georgia Bar No. 623388

MATTHEW S. CARRICO
  *Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2