ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 15 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS JOSEPH TINDALL | Criminal Action No.<br>1 20-CR-357<br><br>**UNDER SEAL** |

### Order

Having read and considered the government's Motion to Seal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be sealed.

SO ORDERED this __15th__ day of __September__, 2020.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

Presented by:
Ryan K. Buchanan, Assistant United States Attorney