U.S. Department of Justice  
United States Attorney

FILED IN OPEN COURT  
U.S.D.C. — Atlanta

**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

SEP 15 2020

JAMES N. HATTEN, Clerk  
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

Nicholas Joseph Tindall

**Agent to Arrest**

Indictment/Information

1  20-CR-357

UNDER SEAL

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

*Ryan K. Buchanan*  
Ryan K Buchanan  
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ___.

_____  
Clerk

By _____  
Deputy Clerk

ISSUED AND DELIVERED TO U.S. MARSHAL  
9/15/20  
BY: _____  
DEPUTY CLERK

Form No. USA-19-8  
(Rev. 08/06/87)  
N.D.Ga. 08/26/94