FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 17 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS JOSEPH TINDALL | Criminal Action No.<br><br>1:20-CR-357 |

## Motion to Unseal Indictment

The United States of America, by Byung J. Pak, United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Indictment** in the above-styled case and in support thereof shows that Defendant Tindall has been arrested.

WHEREFORE, the government respectfully requests that the **Indictment** be unsealed.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

*[signature]*

RYAN K. BUCHANAN
*Assistant United States Attorney*
Georgia Bar No. 623388
Ryan.Buchanan@usdoj.gov