FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 17 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS JOSEPH TINDALL | Criminal Action No.<br><br>1:20-CR-357 |

## Order

It is hereby ordered that the **Indictment** in the above-styled case be unsealed this 17th day of September, 2020.

_____
JOHN K. LARKINS, III
UNITED STATES MAGISTRATE JUDGE

Presented by:
Ryan K. Buchanan, Assistant United States Attorney