FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 17 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | CRIMINAL ACTION FILE NO. |
| v. | 1:20-CR-357 |
| NICHOLAS JOSEPH TINDALL | |
| Defendant. | |

## ORDER APPOINTING COUNSEL

### SUZANNE HASHIMI

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 17th day of September, 2020.

_____
JOHN K. LARKINS III
United States Magistrate Judge