IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ORIGINAL
FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 17 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS JOSEPH TINDALL | Criminal Action No.<br>1:20-CR-357 |

### Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    A serious risk that the defendant will flee;

    A serious risk that the defendant will obstruct or attempt to obstruct justice; and

    A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

2. **Reason for Detention**

    The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

3. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: September 17, 2020.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

BYUNG J. PAK
United States Attorney

RYAN K. BUCHANAN
Assistant United States Attorney
Ga. Bar No. 623388

## Certificate of Service

I served this document today by handing a copy to defense counsel.

September 17, 2020

_____
RYAN K. BUCHANAN
Assistant United States Attorney