**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**

|  |  | Time in Court: |  | 1 | Hrs | 5 | Min |
|---|---|---|---|---|---|---|---|
| Filed in Open Court: | Date: 09/17/2020 | Time: 4:12 p.m. | Tape: | FTR |  |  |  |

Magistrate (presiding): **JOHN K. LARKINS III**          Deputy Clerk: _____Cynthia Mercado_____

| Case Number: | 1:20-CR-357 | Defendant's Name: | Nicholas Joseph Tindall |
|---|---|---|---|
| AUSA: | Ryan Buchanan | Defendant's Attorney: | Suzanne Hashimi |
| USPO/PTR: | Krystal Batchelor | Type Counsel: ( ) Retained    ( ) CJA   (x) FPD    ( ) Waived | |

|   |   |   |
|---|---|---|
|  | ARREST DATE: |  |
|  | INTERPRETER: |  |
| X | INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT | Dft in custody?  (X) Yes    ( ) No |
|  | Defendant advised of right to counsel.    ( ) WAIVER OF COUNSEL filed. |  |
| X | ORDER appointing Federal Defender Program as counsel.   (  ) INITIAL APPEARANCE ONLY. |  |
|  | ORDER appointing _____ State Bar # _____ as counsel. |  |
|  | ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD) |  |
|  | Dft to pay attorney fees as follows: |  |
|  | INFORMATION/INDICTMENT filed. | WAIVER OF INDICTMENT filed. |
| X | Copy information/indictment given to dft? (X) Yes ( ) No - Read to dft? ( ) Yes ( ) No (X) Waived formal reading |  |
|  | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed. |  |
| X | ARRAIGNMENT HELD.   ( ) Superseding indictment | ( ) Dft's WAIVER of appearance filed. |
|  | Arraignment continued to _____ at _____ | Request of ( ) Govt ( ) Dft |
|  | Dft failed to appear for arraignment. | Bench warrant issued |
| X | Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance. |  |
|  | MOTION TO CHANGE PLEA, and order allowing same. |  |
| X | ASSIGNED to District Judge ROSS | for (x) trial   ( ) arraignment/sentence. |
| X | ASSIGNED to Magistrate Judge CANNON | for pretrial proceedings. |
|  | Estimated trial time: _____ days. | (X) SHORT   ( ) MEDIUM   ( ) LONG |
|  | PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued |  |
|  | until _____ at _____ | for sentencing. |
| X | Government MOTION FOR DETENTION filed.  Hearing set for _____ at _____ |  |
|  | Temporary commitment issued.    Dft remanded to custody of US Marshals Service. |  |

**BOND/PRETRIAL DETENTION HEARING**

| | | |
|---|---|---|
| X | BOND hearing held. | |
| X | Government MOTION FOR DETENTION   ( ) GRANTED   (X) DENIED   ( ) WITHDRAWN | |
| X | BOND SET at   $ 10,000 | |
| X | Non-surety | |
| | Surety   ( ) Cash   ( ) Property   ( ) Corporate surety ONLY | |
| | | |
| X | Bond EXECUTED.   Defendant RELEASED. | |

| WITNESSES: | |
|---|---|
| | |
| | |
| | |

| SENTENCE: | |
|---|---|
| | |
| | |
| | |