U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 17 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

P L E A (With Counsel)

CRIMINAL NO. 1:20-CR-357

I, Nicholas Joseph Tindall, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty.

In Open Court this 17th day of September, 2020.

_____
SIGNATURE (Defense Attorney)

_____
SIGNATURE (Defendant)
Nicholas Joseph Tindall

## INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: _____
Bar Number: _____

_____

_____

Phone: _____

Filed in Open Court by:

_____        _____
(Signature)                                Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12