AO 442 (12/85) Warrant for Arrest

FID: 11174934

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 15 2020

JAMES N. HATTEN, Clerk

By: Lisa Enix

Deputy Clerk

ORIGINAL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

NICHOLAS JOSEPH TINDALL

**AGENT TO ARREST**

WARRANT FOR ARREST

RECEIVED
By CSpear at 8:39 am, Sep 16, 2020

CASE NO.  **1:20-CR-357**
(UNDER SEAL)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 23 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest NICHOLAS JOSEPH TINDALL and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him or her with (brief description of offense: Willfully and knowingly made and caused to be made a materially false, fictitious, and fraudulent statements and representation in a matter within the jurisdiction of a department and agency of the United States, that is, the United States Department of Justice, Federal Bureau of Investigation.

in violation of **Title 18 , United States Code, Section(s) 1001(a)(2)**

JAMES N. HATTEN
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

September 15, 2020  at  Atlanta, Georgia
Date and Location

Bail Fixed at  $_____

By:_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

3000 Flowers Rd. Atlanta GA

Date Received:   9/16/2020

Date of Arrest:   9/16/2020

Kevin Gray SA
Name and Title of Arresting Officer

Signature of Arresting Officer

FID: 111174934

AO 442 (12/85) Warrant for Arrest

| | FILED IN CHAMBERS<br>U.S.D.C ATLANTA |
|---|---|
| | Date: Sep 15 2020 |
| | JAMES N. HATTEN, Clerk |
| | By: Lisa Enix |
| | Deputy Clerk |

**COPY**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

VS.

NICHOLAS JOSEPH TINDALL

**AGENT TO ARREST**

WARRANT FOR ~~ARREST~~

RECEIVED
By CSpear at 8:39 am, Sep 16, 2020

CASE NO. **1:20-CR-357**
(UNDER SEAL)

To:   The United States Marshal
        and any Authorized United States Officer

        **YOU ARE HEREBY COMMANDED** to arrest NICHOLAS JOSEPH TINDALL and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment        ☐ Information        ☐ Complaint        ☐ Order of Court        ☐ Violation Notice        ☐ Probation Violation Petition

Charging him or her with (brief description of offense: Willfully and knowingly made and caused to be made a materially false, fictitious, and fraudulent statements and representation in a matter within the jurisdiction of a department and agency of the United States, that is, the United States Department of Justice, Federal Bureau of Investigation.

in violation of **Title 18 , United States Code, Section(s) 1001(a)(2)**

JAMES N. HATTEN
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

September 15, 2020  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

3000 Flowers Rd  Atlanta GA

Date Received:  9/15/2020

Date of Arrest:  9/16/2020

Kelly Gray FBI
Name and Title of Arresting Officer

Signature of Arresting Officer