IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| vs. | ) | 1:20-CR-00357-ELR-RDC |
| | ) | |
| NICHOLAS TINDALL | ) | |
| _____ | ) | |

ORDER GRANTING ADDITIONAL TIME TO FILE PRETRIAL MOTIONS
AND CONTINUING PRETRIAL CONFERENCE

The Court finds that due to delays in defense counsel reviewing discovery in this case, it was necessary to extend the time for the Defendant to file pretrial motions and to continue the pretrial conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable the delay occurring from November 6, 2020 through December 9, 2020. 18 U.S.C. § 3161, et seq.

IT IS HEREBY ORDERED that the teleconference Pretrial Conference in this matter shall be held on December 9, 2020, at 12:00 p.m. and the Defendant shall file Pretrial Motions by December 7, 2020.

SO ORDERED this 9th day of November, 2020.

                              _____
                              HON. REGINA D. CANNON
                              UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

SUZANNE HASHIMI
Georgia State Bar Number: 335616
FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530