

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

December 15, 2020

Courtroom Deputy
U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303

Re:
  U.S. vs Jackson, et al. (1:15-CR-284)   U.S. vs Craig, et al. (1:16-CR-145)
  U.S. vs Mitchell, et al. (1:17-CR-122)   U.S. vs. Colby Wafer (1:18-CR-134)
  U.S. vs. Davis, et al. (1:18-CR-141)   U.S. vs. Darden et al. (1:18-CR-202)
  U.S. vs. Tyree Tabor (1:18-CR-254)   U.S. vs. Richard Earl Cook, III (1:19-CR-528)
  U.S. vs. Miciah Darden (1:20-CR-051)   U.S. vs. Joshua Herrera (1:20-CR-079)
  U.S. vs. Dion Hayes (1:20-CR-123)   U.S. vs. Andre Michael Dubois (1:20-CR-305)
  U.S. vs. Dison, et al. (1:20-CR-327)   U.S. vs. Nicholas Joseph Tindall (1:20-CR-357)
  U.S. vs. Brett, et al. (1:20-CR-452)   U.S. vs. Richard Hunsinger (1:20-CR-466)
  U.S. vs. Rodricous Gresham (1:17-CR-220)   U.S. vs. Steven M. Blackmon ((1:20-MJ-010)
  U.S. vs. Holly Joe Sam (4:14-MJ-026)

Dear Courtroom Deputy:

  This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office June 16, 2021, August 27, 2021, November 4, 2021, December 9, 2021, February 10, 2022, March 17, 2022 and April 25, 2022. I request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

BYUNG J. PAK
*United States Attorney*


/s/ Ryan K. Buchanan

RYAN K. BUCHANAN
*Assistant United States Attorney*


cc:  Counsel for Defendants