IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION FILE NO. |
| | : 1:20-cr-00357-ELR-RDC-1 |
| | : |
| NICHOLAS JOSEPH TINDALL, | : |
| | : |
| Defendant. | : |

## ORDER CERTIFYING CASE READY FOR TRIAL

Counsel for the Defendant has advised the Court that the Defendant does not intend to file any pretrial motions, and that there is no need for the Court to hold a pretrial conference. Therefore, the pretrial conference scheduled for February 2, 2021, is canceled. Further, there are no problems reported relating to the scheduling of the trial.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that this action be, and the same is hereby, **CERTIFIED READY FOR TRIAL**.

**IT IS SO ORDERED**, this the 1st day of February, 2021.

_____
REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE