IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Action No. |
|---|---|
| v. | 1:20-CR-00357-ELR-RDC |
| NICHOLAS JOSEPH TINDALL | |

**Unopposed Motion to Continue Trial**

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, files this Unopposed Motion to Continue Trial and states as follows:

1. Defendant Nicholas Tindall has been charged in an Indictment, which alleges he made a materially false statement and representation to FBI agents who were conducting a criminal investigation.

2. Trial in this matter is currently set for November 15, 2021.

3. The parties have entered plea negotiations that may resolve the matter.

4. Counsel for Defendant Tindall does not object to the continuance.

5. Therefore, the United States respectfully requests that the Court grant this Motion for Continuance in the above-styled case and that the period of the extension be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)).

## Conclusion

For these reasons, the United States respectfully requests a continuance of the trial in this matter.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

/s/RYAN K. BUCHANAN
*Assistant United States Attorney*
Georgia Bar No. 623388
Ryan.Buchanan@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Suzanne Hashimi

November 2, 2021

/s/ Ryan K. Buchanan

Ryan K. Buchanan

*Assistant United States Attorney*